738 A.2d 852

**George E. WATERS**

v.

**STATE of Maryland.**

**No. 34, Sept. Term, 1999.**

Court of Appeals of Maryland.

*Oct. 6, 1999.*

Martha Weisheit, Assistant Public Defender (Stephen E. Harris, Public Defender, on brief), Baltimore, MD, for Petitioner.

Kathryn Grill Graeff, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General of Maryland, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER, CATHELL, and HARRELL, JJ.

### ORDER

PER CURIAM.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 6th day of October, 1999,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.